| | | | |
|---|---|---|---|
| Case No. | 2:19-cv-06425-VAP-ASx | Date | October 1, 2019 |
| Title | *Leo Washington et al v. United States et al* | | |

Present: The Honorable **VIRGINIA A. PHILLIPS, CHIEF UNITED STATES DISTRICT JUDGE**

| BEATRICE HERRERA | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **MINUTE ORDER (IN CHAMBERS) GRANTING MOTION TO REMAND**

Having considered the Motion to Remand brought by Defendant Greg Marconi, M.D. (Doc. No. 17) and no opposition having been filed thereto, the Court GRANTS the Motion to Remand.

IT IS HEREBY ORDERED that the action between Plaintiffs Leo Washington and Leandrea O'Neal and Defendants Martin Luther King, Jr. – Los Angeles (MLK-LA) Healthcare Corporation, a California Corporation; Children's Hospital Los Angeles, a California Non-Profit Corporation; Dr. Cary Gallardo, M.D., an individual; Dr. Greg Marconi, M.D., an individual; and Does 1-100, is REMANDED to the Superior Court of the State of California, County of Los Angeles.

**IT IS SO ORDERED.**